x:\tc51610\appear

WDJ/ls
File No.: TC-51610

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
ARMANDO GUZMAN,

      Plaintiffs,

  -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROEPRTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORDS CORPORATION, TOSCORP
INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP., WFP TOWER A. CO.,

**NOTICE OF
APPEARANCE**

**21 MC 102 (AKH)**

L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, AND WFP TOWER B. CO.,
L.P., ET AL,

                                        Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

      PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
           July 10, 2007

                                       _____
                                       WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                       BARRY, McTIERNAN & MOORE
                                       Attorneys for Defendants
                                       STRUCTURE TONE, INC. s/h/a
                                       STRUCTURE TONE (UK), INC. and
                                       STRUCTURE TONE GLOBAL SERVICES, INC.
                                       2 Rector Street – 14th Floor
                                       New York, New York 10006
                                       (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700