UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
ARMANDO GUZMAN,                                                                              (AKH) 07-5556

                    Plaintiffs,

    -against-

ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
BT PRIVATE CLIENTS CORP,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO., INC.
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL INC.,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
THE BANK OF NEW YORK TRUST COMPANY NA
TISHMAN INTERIORS CORPORATION,
TOSCORP INC.,
TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER A CO. GP CORP.,
WFP TOWER A CO ,
WFP TOWER A CO LP,
WFP TOWER B CO GP CORP,

WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO LP,

          Defendants.
-------------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

             Yours, etc.
             FRIEDMAN, HARFENIST, LANGER & KRAUT
             Attorneys for Defendant –Envirotech
             3000 Marcus Avenue, Suite 2E1
             Lake Success, New York 11042
             (516) 775-5800
             BY: _____
                Heather L. Smar (4622)