UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
-----------------------------------------------------------------X
ARMANDO GUZMAN,                          :   07-CV-05556-AKH
:
              Plaintiff,   :
:   **APPEARANCE**
- against -                              :
:
ALAN KASMAN D/B/A KASCO, *et al.*,       :   **ELECTRONICALLY FILED**
:
              Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                         By:   /s/ Judith R. Cohen
                             _____
                             Judith R. Cohen (JC-8614)
                             1177 Avenue of the Americas
                             New York, New York 10036
                             Phone: (212) 277-6500
                             Fax: (212) 277-6501

                             *Attorney for Defendant*
                             MERRILL LYNCH & CO., INC.

DOCSNY-271506v01