x:\tc51610\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
ARMANDO GUZMAN,

                     Plaintiffs,

      -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORS CORPORATION, TOSCORP

**NOTICE OF ADOPTION**

07 CV 5556

INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL,

                Defendants.
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 10, 2007

                                      WILLIAM D. JOYCE, III (WDJ 9899)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      STRUCTURE TONE, INC. s/h/a
                                      STRUCTURE TONE (UK), INC. and
                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                      2 Rector Street – 14th Floor
                                      New York, New York 10006
                                      (212) 313-3600